419 P.2d 553

**James E. RILEY, Petitioner,**

v.

**The INDUSTRIAL COMMISSION of Arizona and Fiberglass Engineering and Supply Division, Respondents.**

**I CA–IC 98.**

Court of Appeals of Arizona.

Nov. 4, 1966.

Gorey & Ely, by Stephen S. Gorey, Phoenix, for petitioner.

Robert K. Park, Chief Counsel, by Howland F. Hirst and Arthur B. Parsons, Jr., Phoenix, for respondents.

STEVENS, Chief Judge.

This cause is before the Court by Writ of Certiorari to determine the lawfulness of an Award of the Industrial Commission denying claimant's Petition for Reopening of his claim. Petitioner was afforded a formal hearing in this matter. A careful examination of the record indicates that the Award of the Commission is supported by the evidence.

The Award is affirmed.

CAMERON, and DONOFRIO, JJ., concur.